The Law Offices of Avrum J. Rosen, PLLC
Attorneys for the Debtors
38 New Street
Huntington, New York 11743
Avrum J. Rosen
Deborah L. Dobbin
(631) 423-8527

UNITED STATES BANKRUPTCY COURT      Return Date: May 23, 2012
SOUTHERN DISTRICT OF NEW YORK      Time:      10:00 a.m.
---------------------------------------------------------x
In re:

     JOSEPH F. UVINO and      Chapter 11
     WENDY M. UVINO,      Case No.: 09-15225-brl

     Debtors.
---------------------------------------------------------x

## NOTICE OF MOTION FOR AN ORDER MODIFYING
## DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that Joseph F. Uvino and Wendy M. Uvino, the Debtors ("Debtors") in the above-captioned chapter 11, by and through their attorneys, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Burton R. Lifland, United States Bankruptcy Judge, on **May 23, 2012 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order modifying the Debtors' Second Amended Plan of Reorganization to provide for quarterly payments to general unsecured creditors electing to take a 100% distribution over five (5) years, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court for the Southern District of New York, shall set for the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M 242 (which can be found at www.nysb.uscourts.gov) by

registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch diskette (with a hard copy delivered directly to the Chambers of Judge Burton R. Lifland) and served in accordance with General Order M 242, and shall further be served upon (i) counsel to the Debtors, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq., and (ii) the Offices of the United States Trustee for the Southern District of New York, Attn: Serene Nakano, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 must be filed so as to be received by no later than **4:00 p.m. on May 16, 2012.** Only objections made in writing and timely filed and received may be considered by the Bankruptcy Court.

Dated: Huntington, New York
       May 1, 2012

                                        The Law Offices of Avrum J. Rosen, PLLC
                                        Attorneys for the Debtors

                              BY:       S/Avrum J. Rosen
                                        Avrum J. Rosen
                                        38 New Street
                                        Huntington, New York 11743
                                        (631) 423-8527
                                        ajrlaw@aol.com