UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

JOSEPH F. UVINO AND WENDY M. UVINO,        Chapter 11

                                                           Case No.: 09-15225-brl

                            Debtors.
------------------------------------------------------------x

**ORDER MODIFYING DEBTORS' SECOND**
**<u>AMENDED PLAN OF REORGANIZATION</u>**

       Joseph F. Uvino and Wendy M. Uvino, the Debtors and Debtors-in-Possession (the "Debtors") having filed with this Court a Second Amended Plan of Reorganization (the "Plan") and a Second Amended Disclosure Statement both dated October 20, 2011, and this Court having entered an Order dated February 15, 2012, confirming the Debtors' Second Amended Plan of Reorganization (the "Confirmation Order"), and the Debtor having made a motion for the entry of an Order modifying the Plan to provide for quarterly payments to general unsecured creditors electing to take a 100% distribution over five (5) years, and the motion having been served upon all parties entitled to notice thereof, and there being no opposition thereto; it is

       **ORDERED** that for those general unsecured creditors electing to take a 100% distribution over five (5) years, the Plan shall be modified to provide for twenty (20) quarterly payments each in the sum of $46,132.21 rather than annual payments of $184,528.82 per year for five (5) years; and it is

FURTHER ORDERED that all other provisions contained in the Confirmation Order dated February 15, 2012 shall otherwise remain in full force and effect as though fully set forth herein.

Dated: New York, New York
       May 24, 2012

                                          /s/Burton R. Lifland
                                          Hon. Burton R. Lifland
                                          United States Bankruptcy Judge