UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re In re:

      JOSEPH F. UVINO and                     Chapter 11
      WENDY M. UVINO,                   Case No.: 09-15225

                        Debtor.

----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss:
COUNTY OF SUFFOLK     )

      Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Central Islip, New York;

      That on the 12th day of February, 2013, deponent served the **NOTICE OF SETTLEMENT and DEBTOR'S APPLICATION FOR FINAL DECREE with EXHIBITS attached thereof,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

See attached list

                                 S/Everlyn Meade
                                 Everlyn Meade

Sworn to before me this
12th day of February, 2013

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014

Serene Nakano, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Fl
New York, NY 10004

Ameriassit A/R Solutions
PO Box 26095
Columbus, OH  43226-0095

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC  27410

Bank Of America
PO Box 982238
El Paso TX 79998-2238

Bank Of America
PO Box 15102
Wilmington, DE 19885-5102

Bank of America, N.A.
c/o Buchanan Ingersoll & Rooney PC
Attn: Maureen T. Bass, Esq.
50 Fountain Plaza, Suite 1230
Buffalo, NY  14202

CBNA
1000 Technology Dr
Fallon, MO  63368

Citibank CCSI
Bankruptcy Department
7930 NW 110th Street
Kansas City, MO  64195-9904

Citibank NA
PO Box 769006
San Antonio, TX  78245

CitiMortgage, Inc.
PO Box 688971
Des Moines, IA 50368-8971

CitiMortgage, Inc.
c/o Rosicki, Rosicki & Associates, P.C.
Attn: Andrew Goldberg , Esq.
51 East Bethpage Road
Plainview, NY 11803

Citibank
PO Box 183037
Columbus OH 43218-3037

Citibank, N.A.
Payment Center
4740 121st Street
Urbandale IA 50323

Wood & Colors Inc.
c/o David Lee Heller, Esq.
3334 Noyac Road
Sag Harbor, NY  11963

Davis & Grutman, LLP
Attn:  Alan B. Davis, Esq.
275 Madison Avenue, Ste. 1614
New York, NY 10016

Fulbright & Jaworski LLP
Attn:  David L. Barrack, Esq.
666 Fifth Avenue
New York, NY 10103

DLM Construction
10 Red Bridge Lane
Center Moriches, NY  11934

Dr. Mark Bronsky
530 Park Avenue, Suite 1G
New York, NY  10021

East Hampton Fence
c/o Tarbet, Lester & Schoen, PLLC
Attn: Brian Lester, Esw.
PO Box 2635
524 Montauk Highway
Amagansett, New York 11930

ECM-NY Architectural Hardware
PO Box 3194/Water Street
Sag Harbor, NY  11963

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GE Consumer Finance
For GE Money Bank
dba SLEEPY'S/GEMB
PO Box 960061
Orlando FL 32896-0661

Gogick Bryne & O'Neill LLP
11 Broadway, Suite 1560
New York, NY  10004

H&D Maintenance
36 17 37th Street
Long Island City, NY  1110-1605

HSBC/Saks
12 E 49th Street
New York, NY  10017

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

J. Barrows, Inc.
c/o Klestadt & Winters, LLP
Attn:  Fred Stevens, Esq.
570 Seventh Ave. 17th Floor
New York, NY 10018

J. BARROWS, INC.
c/o TWOMEY, LATHAM, SHEA, KELLEY,
DUBIN & QUARTARARO, LLP
33 W. SECOND STREET, P.O. BOX 9398
RIVERHEAD, NEW YORK 11901

J. Barrows, Inc.,
c/o Dreifuss Bonacci & Parker, LLP
Attn:  Eli J. Rogers
26 Columbia Turnpike, Ste 1010 - North Entrance
Florham Park, NJ 07932

O'Connor Redd LLP
Attn:  Jeremy D. Platek, Esq.
200 Mamaorneck Avenue
White Plains, New York 10601

J.L. Masonry and Construction Inc.
Valdespino Custom Builders Inc.
c/o Marshall M. Stern, P.C.
17 Cardiff Court
Huntington Station, NY 11746

Kasowitz, Benson, Torres & Friedman LLP
Attn: Andrew K. Glenn
1633 Broadway
New York, New York 10019

Kaehler Moore Architects, L.L.C.
80 Greenwich Avenue
Greenwich, Connecticut 06830

Kolb Mechanical
c/oTwomey Latham Shea Kelley Dubin & Quartararo, LLP
Bryan Van Cott, Esq.
33 West Second Street
PO Box 9398
Riverhead, NY  11901

LEWIS BRISBOIS BISGARD & SMITH LLP
Attn: BARBARA CHEEN, Esq.
221 N. FIQUEROA STREET., SUITE 1200
LOS ANGELES, CA 90012

DCFS USA LLC/Mercedes-Benz Financial
c/o Deily Mooney & Glastetter, LLP
Attn:  Martin A. Mooney, Esq.
8 Thurlow Terrace
Albany, NY 12203

Neil Mitchell An
c/o Mintz Levin Cohn Ferris et al
666 Third Avenue
New York, NY  10017

Morris Duffy Alonso & Faley
Attorneys For Hampton Contract
2 Rector Street
New York, NY  10006

Mt. Sinai Hospital
One Gustav Levy Plaza
New York, NY  10029-6574

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

NYS Dept. Of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Pools by Paul Guillo Inc.
Attn:  Rabinowitz & Galino, Esq.
94 Willis Avenue
Mineola, NY  11501

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Receivable Management Services
240 Emery Street
Bethlehem, PA 18015

Richard Todd Hunter, Esq.
PO Box 337
Sagaponack, NY 11962

Roman Tile Inc
7 Squiretown Road
Hampton Bays, NY  11946

Starkman Electric
PO Box 338
Patchogue, NY  11773-0338

State Of New York
Office Of The Attorney General
120 Broadway
New York, NY  10271

Tebbens Steel
4062-704 Grumman Blvd
Calverton, NY  11933

City National Bank
c/o Thomas J Luz, Esq.
370 Lexington Avenue, 24th Floor
New York, NY  10017

Town Of East Hampton
300 Pantigo Place, Suite 106
East Hampton, NY  11937

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

Waldron Consulting LLC
60 Homewood Avenue
North Haven, CT  06473

Window City
1706 County Road 39
Southampton, NY  11968

Wollmuth Maher & Deutsch  LLP
500 Fifth Avenue, 12th Fl
New York, NY  10103

Zurich American Insurance Co.
Attn: Marc Quimet, 9th Fl, Tower 2
1400 American Lane
Schaumburg, IL 60196

F. Schneider Construction Corp.
c/o Michael T. Sucher, Esq.
26 Court Street
Suite 2412
Brooklyn, NY 11242

Capital One, N.A.
c/o Bass & Associates
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57117