UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    JOSEPH F. UVINO and                               Chapter 11
    WENDY M. UVINO,                                  Case No.: 09-15225

                              Debtors.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF SUFFOLK    )

    Louise Stalker, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Bayville, New York;

    That on the 10th day of March, 2016, deponent served the **NOTICE OF SETTLEMENT, DEBTOR'S APPLICATION FOR FINAL DECREE and PROPOSED FINAL DECREE,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

See attached list

                                                                           S/Louise Stalker
                                                                           Louise Stalker

Sworn to before me this
10th day of March, 2016

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2018

Serene Nakano, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street Room 1006
New York, NY 10014

Ameriassit A/R Solutions
PO Box 26095
Columbus, OH 43226-0095

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank Of America
PO Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

Bank Of America
PO Box 982238
El Paso TX 79998-2238

Bank Of America
PO Box 15102
Wilmington, DE 19885-5102

Bank of America, N.A.
c/o Buchanan Ingersoll & Rooney PC
Attn: Maureen T. Bass, Esq.
50 Fountain Plaza, Suite 1230
Buffalo, NY 14202

CBNA
1000 Technology Dr
Fallon, MO 63368

Citibank CCSI
Bankruptcy Department
7930 NW 110th Street
Kansas City, MO 64195-9904

Citibank NA
PO Box 769006
San Antonio, TX 78245

CitiMortgage, Inc.
PO Box 688971
Des Moines, IA 50368-8971

CitiMortgage, Inc.
c/o Rosicki, Rosicki & Associates, P.C.
Attn: Andrew Goldberg , Esq.
51 East Bethpage Road
Plainview, NY 11803

Citibank
PO Box 183037
Columbus, OH 43218-3037

Citibank, N.A.
Payment Center
4740 121st Street
Urbandale IA 50323

| | |
|---|---|
| Wood & Colors Inc.<br>c/o David Lee Heller, Esq.<br>3334 Noyac Road<br>Sag Harbor, NY  11963 | Davis & Grutman, LLP<br>Attn:  Alan B. Davis, Esq.<br>275 Madison Avenue<br>Suite 1614<br>New York, NY 10016 |
| Fulbright & Jaworski LLP<br>Attn:  David L. Barrack, Esq.<br>666 Fifth Avenue<br>New York, NY 10103 | DLM Construction<br>10 Red Bridge Lane<br>Center Moriches, NY  11934 |
| Dr. Mark Bronsky<br>530 Park Avenue<br>Suite 1G<br>New York, NY  10021 | East Hampton Fence<br>c/o Tarbet, Lester & Schoen, PLLC<br>Attn: Brian Lester, Esw.<br>PO Box 2635<br>524 Montauk Highway<br>Amagansett, New York 11930 |
| ECM-NY Architectural Hardware<br>PO Box 3194/Water Street<br>Sag Harbor, NY  11963 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| GE Consumer Finance<br>For GE Money Bank<br>dba SLEEPY'S/GEMB<br>PO Box 960061<br>Orlando, FL 32896-0661 | Gogick Bryne & O'Neill LLP<br>11 Broadway<br>Suite 1560<br>New York, NY  10004 |
| H&D Maintenance<br>36 17 37th Street<br>Long Island City, NY  1110-1605 | HSBC/Saks<br>12 E 49th Street<br>New York, NY  10017 |
| HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road<br>Suite 200<br>Tucson, AZ 85712 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |

| | |
|---|---|
| J. Barrows, Inc.<br>c/o Klestadt & Winters, LLP<br>Attn: Fred Stevens, Esq.<br>200 West 41st Street, 17th Floor<br>New York, NY 10036 | J. Barrows, INC.<br>c/o Twomey, Latham, Shea, Kelley,<br>Dubin & Quartararo, LLP<br>33 West Second Street<br>P.O. BOX 9398<br>Riverhead, NY 11901 |
| J. Barrows, Inc.,<br>c/o Dreifuss Bonacci & Parker, LLP<br>Attn: Eli J. Rogers<br>26 Columbia Turnpike, Ste 1010 - North Entrance<br>Florham Park, NJ 07932 | O'Connor Redd LLP<br>Attn: Jeremy D. Platek, Esq.<br>200 Mamaorneck Avenue<br>White Plains, NY 10601 |
| J.L. Masonry and Construction Inc.<br>Valdespino Custom Builders Inc.<br>c/o Marshall M. Stern, P.C.<br>17 Cardiff Court<br>Huntington Station, NY 11746 | Kasowitz, Benson, Torres & Friedman LLP<br>Attn: Andrew K. Glenn<br>1633 Broadway<br>New York, NY 10019 |
| Kaehler Moore Architects, L.L.C.<br>80 Greenwich Avenue<br>Greenwich, CT 06830 | Kolb Mechanical<br>c/oTwomey Latham Shea Kelley Dubin<br>& Quartararo, LLP<br>Attn: Bryan Van Cott, Esq.<br>33 West Second Street<br>PO Box 9398<br>Riverhead, NY 11901 |
| Lewis Brisbois Bisgard & Smith<br>Attn: Barbara Cheen, Esq.<br>221 N. Fiqueroa Street<br>Suite 1200<br>Los Angeles, CA 90012 | DCFS USA LLC/Mercedes-Benz Financial<br>c/o Deily Mooney & Glastetter, LLP<br>Attn: Martin A. Mooney, Esq.<br>8 Thurlow Terrace<br>Albany, NY 12203 |
| Neil Mitchell An<br>c/o Mintz Levin Cohn Ferris et al<br>666 Third Avenue<br>New York, NY 10017 | Morris Duffy Alonso & Faley<br>Attorneys For Hampton Contract<br>2 Rector Street<br>New York, NY 10006 |
| Mt. Sinai Hospital<br>One Gustav Levy Plaza<br>New York, NY 10029-6574 | NYS Unemployment Insurance Fund<br>PO Box 551<br>Albany, NY 12201 |

NYS Department of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Pools by Paul Guillo Inc.
Attn: Rabinowitz & Galino, Esq.
94 Willis Avenue
Mineola, NY 11501

Receivable Management Services
240 Emery Street
Bethlehem, PA 18015

Recovery Management Systems Corporation
25 S.E. 2nd Avenue
Suite 1120
Miami, FL 33131-1605

Richard Todd Hunter, Esq.
PO Box 337
Sagaponack, NY 11962

Roman Tile Inc
7 Squiretown Road
Hampton Bays, NY 11946

Starkman Electric
PO Box 338
Patchogue, NY 11773-0338

State of New York
Office of The Attorney General
120 Broadway
New York, NY 10271

Tebbens Steel
4062-704 Grumman Blvd
Calverton, NY 11933

City National Bank
c/o Thomas J Luz, Esq.
370 Lexington Avenue
24th Floor
New York, NY 10017

Town of East Hampton
300 Pantigo Place
Suite 106
East Hampton, NY 11937

Office of the United States Attorney
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

Waldron Consulting LLC
60 Homewood Avenue
North Haven, CT 06473

Window City
1706 County Road 39
Southampton, NY 11968

| | |
|---|---|
| Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12th Floor<br>New York, NY  10103 | Zurich American Insurance Co.<br>Attn: Marc Quimet<br>9th Fl, Tower 2<br>1400 American Lane<br>Schaumburg, IL 60196 |
| F. Schneider Construction Corp.<br>c/o Michael T. Sucher, Esq.<br>26 Court Street, Suite 2412<br>Brooklyn, NY 11242 | Capital One, N.A.<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Road<br>Suite 200<br>Tucson, AZ 85712 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Peter T. Roach & Associates, P.C.<br>Attn:  Michael C. Manniello, Esq.<br>6901 Jericho Tpke<br>Suite 240<br>Syosset, New York 11791 |
| Richard J. Schager, Jr.<br>Stamell &Schager, LLP<br>555 Fifth Avenue<br>14th Floor<br>New York, NY 10017 | |