UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                          Chapter 11

JOSEPH F. UVINO AND
WENDY M. UVINO,                                                 Case No.: 09-15225-cgm

                  Debtors.                         Hon. Cecelia G. Morris
---------------------------------------------------------------X

## FINAL DECREE

The estate of the above-named Debtors having been fully administered, and a Final Decree having been entered on March 4, 2013, and an order re-opening the Chapter 11 case having been entered on November 23, 2014, and a Consent Order Approving Settlement and Closing Case having been entered on February 29, 2016 (the "Consent Order"), and the Court having reopened the case by Order dated March 14, 2016, and the Debtors having filed an Application for Final Decree, it is

ORDERED:

1. That all creditors and security holders of the Debtors and all other entities having any claims of whatever character against the Debtors or its property, based upon or arising out of any right, claim, or interest that any such creditor, security holder or other entity may have had before the date of confirmation in this case, including any claim arising from rejection of any executory contract or unexpired lease, are hereby perpetually enjoined from instituting or continuing any action or employing any process or engaging in any act to collect, recover, or offset any debt or claim against the reorganized company or any of its subsidiaries or against any person claiming through the reorganized company or any of its subsidiaries, except with respect to rights, claims, or interests arising out of the Plan as confirmed or the orders of this Court.

2. That the portion of the Consent Order approving the Stipulation between the Debtors and City National Bank shall remain in full force and effect.

3. That a discharge under 11 U.S.C. § 1141(d)(5) is hereby granted to Joseph F. Uvino and Wendy M. Uvino with respect to all debts other than City National Bank.

4. That the Chapter 11 case of the above-named Debtors is hereby closed.

5. That this Court retains jurisdiction as provided in the plan, and to enforce the injunction contained in this Order.

6. That any fees due to the Office of the United States Trustee together with interest shall be paid within fourteen (14) days of the date of entry of this Order.



**Dated: March 22, 2016**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**