UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                Chapter 11
                                                                      Case No. 09-15225 (BRL)
JOSEPH F. UVINO AND WENDY M. UVINO,

                       Debtors.                **CERTIFICATE OF SERVICE**

-------------------------------------------------------------X

      I, Carol Brennan, am not a party to this action, I am over 18 years of age and reside in New York, New York.

      On March 30, 2017 I served a copy of the Notice of Motion, Memorandum of Law and supporting documents by First-Class Mail, postage pre-paid to the parties on the attached service list.

Dated:    New York, New York
             March 31, 2017

                                                    */s/ Carol Brennan*
                                                    Carol Brennan

Uvino\AOS\NOM-Memorandum of Law and Supporting Documents\3-31-17

Joseph F. Uvino
Wendy M. Uvino
Service List
<u>Case No. 09-15225 (CEM)</u>

United States Trustee
Office of the United States Trustee
201 Varick Street
Room 1006
New York, New York 10014

Macco & Stern LLP
2950 Express Drive S
#190
Islandia, New York 11749

Lakeland West Capital XI, LLC
502 Lakeland Circle
Suite B
Waco, Texas 76710-2900

Kathryn Dalli, Esq.
Twomey, Latham, Shea, Kelley,
Dubin & Quartarro, LLP
33 West Second Street
P.O. Box 9398
Riverhead, New York 11901