UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:

JOSEPH F. UVINO and WENDY M. UVINO,

                        Debtors.
---------------------------------------------------------------- X

Case No. 09-15225 (CGM)

Chapter 11

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                ) s.s.:
COUNTY OF SUFFOLK   )

     **COOPER J MACCO**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Huntington, New York.

     On September 5, 2017, deponent served the within:

- **NOTICE OF HEARING ON MOTION TO REOPEN CHAPTER 11 CASE**
- **MOTION TO REOPEN CHAPTER 11 CASE** (with Exhibits)
- **PROPOSED ORDER GRANTING MOTION TO REOPEN CHAPTER 11 CASE**

upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:   **DEBTORS**
       Joseph Uvino
       50 East 89th Street, Apt 22F
       New York, New York 10128

       Wendy Uvino
       50 East 89th Street, Apt 22F
       New York, New York 10128

       **DEBTORS' BANKRUPTCY ATTORNEYS**
       Leo Fox
       630 Third Avenue, 18th Floor
       New York, New York 10017

Avrum J. Rosen
Rosen, Kantrow & Dillon, PLLC
38 New Street
Huntington, New York 11743

Richard J. Schager, Jr.
Stamell & Schager, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006

**DEBTORS' FORECLOSURE ATTORNEY**
Devitt Spellman Barrett, LLP
50 Route 111
Smithtown, New York 11787

**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the United States Trustee
201 Varick Street, Suite 1006,
New York, New York 10014

Sworn to before me this
6th day of September, 2017

_____
NOTARY PUBLIC

SANIYYAH S. GREENE
Notary Public, State of New York
NO. 01GR6172195
Qualified in Suffolk County
Commission Expires August 6,

_____
COOPER J MACCO